In the Matter of ORANGE COUNTY DEPARTMENT OF SOCIAL SERVICES, on Behalf of DORIS ZIERAN, Respondent, v MARK MARVIN, Appellant.

Submitted June 6, 2011; decided September 8, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.